UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JOSHUA LOPEZ, Defendant. | Case No. 20CR0339-JAH<br><br>**ORDER AND JUDGMENT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |
|---|---|

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the COMPLAINT in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: March 6, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE